UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) Case: 1:17-cv-00901 |
| v. | ) Assigned To : Jackson, Amy Berman |
| | ) Assign. Date : 5/12/2017 |
| PROSKAUER ROSE LLP, | ) Description: Employ. Discrim. |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's [2] Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information and [3] Motion for Leave to File Notice of Plaintiff's Identity Under Seal, and for good cause shown, it is hereby **ORDERED** that Plaintiff's [2] Motion to Proceed Under Pseudonym and to Seal Personally Identifying Information and [3] Motion for Leave to File Notice of Plaintiff's Identity Under Seal are **GRANTED**. It is

**FURTHER ORDERED** that Plaintiff shall be permitted to proceed under the pseudonym "Jane Doe," that Plaintiff is authorized to redact from the public record all personally identifying information when making submissions to this Court, that Defendant shall not publicly disclose Plaintiff's name or any information from which her name could be deduced, and that Defendant shall redact from the public record all personally identifying information regarding Plaintiff when making submissions to this Court. It is

**FURTHER ORDERED** that after Defendant has answered, moved, or otherwise respond to Plaintiff's Complaint and any related briefing has been completed, the Court

shall set a schedule for further briefing to determine whether Plaintiff should be permitted to continue to proceed anonymously in this action.

Date: May 17, 2017

*Ketanji Brown Jackson*
Judge, United States District Court
District of Columbia