UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>     PLAINTIFF,<br><br>v.<br><br>PROSKAUER ROSE LLP,<br><br>     DEFENDANT. | Case No. 1:17-cv-00901-ABJ |

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR PRESERVATION ORDER TO PRESERVE CRITICAL EVIDENCE FROM IMMINENT DESTRUCTION**

Non-party Respondents JAMS, Inc. and Mediator Carol A. Wittenberg do not deny that they have a policy under which the notes and records from the parties' mediation would ordinarily be destroyed as a matter of course. Plaintiff fully appreciates Respondents' representation that they will effectively suspend the operation of this policy until issues surrounding the production of the documents in question are resolved. However, out of caution, the Court should decline to lift the preservation Minute Order entered on May 18, 2017, pending anticipated motion practice on the enforcement of the subpoena. As a general matter, JAMS bears a heavy burden to demonstrate that voluntary cessation moots the need for injunctive relief. *See, e.g.*, *U.S. v. W.T. Grant Co.*, 345 U.S. 629, 632-33 (1953). JAMS turns this standard on its head by arguing that Plaintiff has failed to show it will not honor its promise to refrain from following its usual document destruction policy. *See Hardaway v. Dist. of Columbia Housing Auth.*, 843 F.3d 973, 979-80 (D.C. Cir. 2016). Although Plaintiff does not doubt Respondents' representations, it is not "*absolutely clear*" that the threat of destruction will not be revived if the Order is lifted. *Id.*

At heart, it presents no meaningful burden on Respondents to preserve the documents at

issue with the added security of an existing Order rather than purely voluntarily. Accordingly, the Court should leave the Order in place pending further proceedings.

Dated: May 24, 2017                                              Respectfully submitted,

/s/ David Sanford
David Sanford, D.C. Bar No. 457933
Vince McKnight, D.C. Bar No. 293811
Altomease Kennedy, D.C. Bar No. 229237
Kate Mueting, D.C. Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5201
Facsimile: (202) 499-5199
dsanford@sanfordheisler.com

Andrew Melzer*
Alexandra Harwin, D.C. Bar No. 1003018
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5655
Facsimile: (646) 402-5651
amelzer@sanfordheisler.com
aharwin@sanfordheisler.com

Kevin Sharp*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com

**Pro hac vice* application forthcoming

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this 24th day of May 2017, he caused the foregoing Reply Memorandum of Points and Authorities in Support of Plaintiff's Emergency Motion for Preservation Order to Preserve Critical Evidence from Imminent Destruction to be served via the Court's CM/ECF system on the following party:

> William E. Wallace III
> Capital Legal Group (US) PLLC
> 1717 Pennsylvania Avenue, N.W. Suite 1025
> Washington, D.C. 20004-2595
> WWallace@CapLegal.US
> *Counsel for JAMS, Inc.*

The undersigned counsel further certifies that on this 24th day of May 2017, he caused the foregoing Reply Memorandum of Points and Authorities in Support of Plaintiff's Emergency Motion for Preservation Order to Preserve Critical Evidence from Imminent Destruction to be served via process server on the following party:

> Proskauer Rose LLP
> Eleven Times Square
> New York, NY 10036
> *Defendant*

/s/ David Sanford
David Sanford