## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE,**<br><br>  **PLAINTIFF,**<br><br>v.<br><br>**PROSKAUER ROSE LLP,**<br><br>  **DEFENDANT.** | Case No. 1:17-cv-00901 |

## PLAINTIFF'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE REDACTED DOCUMENTS

Pursuant to this Court's Order dated May 17, 2017 (Dkt. No. 4), this Court has already authorized Plaintiff to redact from the public record personally identifying information when making submissions to this Court.  Further, this Court's Minute Order dated June 14, 2017, authorized Defendant to file documents under seal and further ordered Defendants to "file a version of the sealed material on the public docket that redacts only the specific material for which a seal is necessary, and not the document in its entirety."  On July 26, 2017, Defendant refiled its exhibits with extensive redactions.  (*See* Dkt. No. 21.)

Plaintiff's submissions in opposition to Defendant's Motion for Summary Judgment and Motion to Dismiss cite certain materials that Defendant redacted from the public record in its filings of July 26, 2017, and also contain limited references to Firm metrics such as information about partner compensation.  In light of the Court's Minute Order dated June 14, 2017 (out of abundance of caution and without any admission that redactions are necessary), Plaintiff seeks leave to file her submissions with redactions of Firm metrics and other redactions corresponding to those made by Defendant.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court grant this Motion and allow Plaintiff to redact above-referenced information from her submissions.

Dated: July 27, 2017

Respectfully submitted,

David Sanford, D.C. Bar No. 457933
Vince McKnight, D.C. Bar No. 293811
Altomease Kennedy, D.C. Bar No. 229237
Kate Mueting, D.C. Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5201
Facsimile: (202) 499-5199
dsanford@sanfordheisler.com

Andrew Melzer*
Alexandra Harwin, D.C. Bar No. 1003018
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5655
Facsimile: (646) 402-5651
jheisler@sanfordheisler.com
aharwin@sanfordheisler.com

Kevin Sharp*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com

*pro hac vice* application forthcoming