UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE BERTRAM,<br><br>    PLAINTIFF,<br><br>v.<br><br>PROSKAUER ROSE LLP,<br><br>    DEFENDANT. | Case No. 1:17-cv-00901-ABJ |

## JOINT MOTION TO EXTEND JOINT STATUS REPORT

On June 6, 2018, the Court issued an Order directing the parties to submit a joint status report by June 22, 2018. The parties jointly respectfully request, for good cause, that the deadline for filing the joint status report be extended to July 13, 2018.

Respectfully submitted,

Date: June 22, 2018

By: /s/ David Sanford
    David Sanford, D.C. Bar No. 457933
    Vince McKnight, D.C. Bar No. 293811
    Altomease Kennedy, D.C. Bar No. 229237
    Kate Mueting, D.C. Bar No. 988177
    SANFORD HEISLER SHARP, LLP
    1666 Connecticut Avenue NW, Suite 300
    Washington, DC 20009
    Telephone: (202) 499-5201
    Facsimile: (202) 499-5199
    dsanford@sanfordheisler.com

    Andrew Melzer* (AM-7649)
    Alexandra Harwin, D.C. Bar No. 1003018
    SANFORD HEISLER SHARP, LLP

By: /s/ Kathleen M. McKenna
    Kathleen M. McKenna
    Evandro Gigante
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036
    Telephone: (212) 969-3130
    Facsimile: (212) 969-2900
    kmckenna@proskauer.com

    Colin Kass
    PROSKAUER ROSE LLP
    1001 Pennsylvania Ave, N.W.
    Ste. 600 South

1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5655
Facsimile: (646) 402-5651

Kevin Sharp*, TN Bar No. 016287
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
*Pro hac vice application forthcoming

*Counsel for Plaintiff*

Washington, DC 20004
Telephone: (212) 969-3130
Facsimile: (212) 969-2900
ckass@proskauer.com

*Counsel for Defendant*

**SO ORDERED:**

_____
Hon. Amy Berman Jackson
United States District Judge