# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE BERTRAM,<br><br>    PLAINTIFF,<br><br>v.<br><br>PROSKAUER ROSE LLP,<br><br>    DEFENDANT. | Case No. 1:17-cv-00901-ABJ |

## JOINT MOTION TO EXTEND JOINT STATUS REPORT

On June 6, 2018, the Court issued an Order directing the parties to submit a joint status report by June 22, 2018. The parties jointly requested an extension until July 13, 2018, which the Court granted. The parties, subsequently requested another extension until August 3, 2018, which the Court also granted. The parties hereby, jointly respectfully request an additional extension and, for good cause, ask that the new deadline for filing the joint status report be August 17, 2018.

Respectfully submitted,

Date: August 2, 2018

By: _____
David Sanford, D.C. Bar No. 457933
Vince McKnight, D.C. Bar No. 293811
Altomease Kennedy, D.C. Bar No. 229237
Kate Mueting, D.C. Bar No. 988177
SANFORD HEISLER SHARP, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5201
Facsimile: (202) 499-5199

By: _____
Kathleen M. McKenna
Evandro Gigante
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3130
Facsimile: (212) 969-2900
kmckenna@proskauer.com

dsanford@sanfordheisler.com

Andrew Melzer* (AM-7649)
Alexandra Harwin, D.C. Bar No. 1003018
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5655
Facsimile: (646) 402-5651

Kevin Sharp*, TN Bar No. 016287
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
*Pro hac vice application forthcoming

*Counsel for Plaintiff*

Colin Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, N.W.
Ste. 600 South
Washington, DC 20004
Telephone: (212) 969-3130
Facsimile: (212) 969-2900
ckass@proskauer.com

*Counsel for Defendant*

**SO ORDERED:**

_____
Hon. Amy Berman Jackson
United States District Judge