**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------- x
CONNIE BERTRAM,
                Plaintiff,

        v.

PROSKAUER ROSE LLP,

                Defendant.
------------------------------------------------------------- x

Civil Action No. 17-00901 (ABJ)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY SITPULATED AND AGREED by and between the undersigned counsel for Plaintiff Connie Bertram and Defendant Proskauer Rose LLP that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned litigation is hereby dismissed in its entirety, with prejudice and without costs or attorneys' fees to either party.

Dated: August 10, 2018

By: _/s/_
David Sanford, D.C. Bar No. 457933
Vince McKnight, D.C. Bar No. 293811
Altomease Kennedy, D.C. Bar No. 229237
Kate Mueting, D.C. Bar No. 988177
Christine Dunn, D.C. Bar No. 468401
SANFORD HEISLER SHARP, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5201
Facsimile: (202) 499-5199
dsanford@sanfordheisler.com

By: _/s/_
Kathleen M. McKenna* (KM-4258)
Steven E. Obus* (SO-9791)
Evandro C. Gigante* (EG-7402)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
kmckenna@proskauer.com
sobus@proskauer.com
egigante@proskauer.com

Andrew Melzer (AM-7649)  
Alexandra Harwin, D.C. Bar No. 1003018  
SANFORD HEISLER SHARP, LLP  
1350 Avenue of the Americas, 31st Floor  
New York, New York 10019  
Telephone: (646) 402-5655  
Facsimile: (646) 402-5651  
amelzer@sanfordheisler.com  
aharwin@sanfordheisler.com  

Kevin Sharp, TN Bar No. 016287  
SANFORD HEISLER SHARP, LLP  
611 Commerce Street, Suite 3100  
Nashville, TN 37203  
Telephone: (615) 434-7000  
Facsimile: (615) 434-7020  
ksharp@sanfordheisler.com  
*Attorneys for Plaintiff*

Colin Kass (DC Bar No. 460630)  
PROSKAUER ROSE LLP  
1001 Pennsylvania Avenue, N.W.  
Suite 600 South  
Washington, D.C. 20004  
Telephone:   (202) 416-6890  
Facsimile:   (202) 416-6899  
ckass@proskauer.com  
*Attorneys for Defendant*